*Monday, September 20, 1999*

## MOTION DOCKET

**98–2481.   Leisure v. State Farm Auto. Ins. Co.**
Stark App. Nos. 1997CA00420 and 1997CA00445. This cause is pending before the court as an appeal and cross-appeal from the Court of Appeals for Stark County. Upon consideration of appellants/cross-appellees' motion to continue oral argument currently scheduled for September 22, 1999,

IT IS ORDERED by the court that the motion to continue oral argument be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

**99–1700.   State ex rel. Nutt v. Abele.**
In Procedendo. This cause originated in this court on the filing of a complaint for a writ of procedendo. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Tuesday, September 21, 1999*

## MISCELLANEOUS DOCKET

In re Report of the Commission            :            1999 TERM
on Continuing Legal Education            :

Howard Martin Flournoy            :            ENTRY
( # 0007386),
Respondent.            :

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal Education, for the 1996–1997 reporting period.

On August 31, 1999, this court entered an order adopting the commission's recommendation related to the 1996–1997 reporting period, imposing a sanction upon the respondent, and suspending respondent from the practice of law.

It has now come to the court's attention that the respondent is deceased. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the order of August 31, 1999, be, and hereby is, vacated.

IT IS FURTHER ORDERED that this matter be dismissed.